**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JEROME CARLTON WOODS,          :  No. 7 WM 2017
                                                          :
                    Petitioner                         :
                                                          :
                                                          :
            v.                                           :
                                                          :
                                                          :
PENNSYLVANIA BOARD OF           :
PROBATION & PAROLE,                 :
                                                          :
                    Respondent                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.